ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7666
 Fax: (916) 324-5205
 E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants D. Champieux,
J. Neves, C. Lilly, A. Nguyen, O. Folorunso,
D. McQueen, and R. Yang*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **YADIRA BERENICE JASSO, et al.,** | 2:25-cv-02435-DJC-CKD |
| Plaintiffs, | **STIPULATION TO WAIVE SERVICE AND SET DEADLINE TO FILE RESPONSIVE PLEADING; PROPOSED ORDER** |
| **v.** | |
| **FLORES, et al.,** | Action Filed:  August 25, 2025 |
| Defendants. | |

/ / /

/ / /

/ / /

1

## STIPULATION

The parties stipulate under Local rule 143 that Defendants Champieux, Neves, Lilly, Nguyen, Folorunso, McQueen, and Yang waive personal service of the summons and First Amended Complaint in this case, effective on the date this stipulation is approved by the Court. The parties further stipulate that Defendants Champieux, Neves, Lilly, Nguyen, Folorunso, McQueen, and Yang shall file a responsive pleading no later than twenty-eight days after the date this stipulation is approved by the Court. In the event that Defendants file a motion to dismiss, the parties further stipulate that Plaintiff shall have two weeks to respond to the motion to dismiss.

Dated: _____6/1/2026_____      LAW OFFICES OF DALE K. GALIPO


                                  _/s/ Renee Masongsong_____
                                    DALE K. GALIPO
                                    RENEE MASONGSONG
                                    *Attorneys for Plaintiffs*

Dated: _____6/1/2026_____      ROB BONTA
                                    Attorney General of California
                                    JON S. ALLIN
                                    Supervising Deputy Attorney General


                                    _/s/ David Kuchinsky_____
                                    DAVID E. KUCHINSKY
                                    Deputy Attorney General
                                    *Attorneys for Defendants*
                                    *D. Champieux, J. Neves, C. Lilly,*
                                    *A. Nguyen, O. Folorunso,*
                                    *D. McQueen, and R. Yang*

**IT IS SO ORDERED.**

Dated: _____      _____
                                    Hon. Carolyn K. Delaney
                                    United States Magistrate Judge

SA2026302549
95717060.docx

# CERTIFICATE OF SERVICE

Case Name: **Jasso, Yadira Berenice v. Flores, et al.**      No.   **2:25-cv-02435-DJC-CKD**

I hereby certify that on <u>June 1, 2026,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO WAIVE SERVICE AND SET DEADLINE TO FILE RESPONSIVE PLEADINGS; PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 1, 2026</u>, at Fresno, California.

|  |  |
|---|---|
| J. Vinton | */s/ J. Vinton* |
| Declarant | Signature |

SA2026302549
95717064.docx