ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7666
 Fax:  (916) 324-5205
 E-mail:  David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants D. Champieux,*
*J. Neves, C. Lilly, A. Nguyen, O. Folorunso,*
*D. McQueen, and R. Yang*

LAW OFFICES OF EUGENE B. CHITTOCK
Eugene B. Chittock, State Bar No. 214532
2930 Riverside Drive
Susanville, CA 96130
Telephone: (530) 257-9351
echittock@chittocklaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. State Bar No. 144074
dalekgalipo@yahoo.com
Renee Masongsong, State Bar No. 281819
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for All Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **YADIRA BERENICE JASSO, et al.,** | 2:25-cv-02435-DJC-CKD |
| Plaintiffs, | **STIPULATION TO WAIVE SERVICE AND SET DEADLINE TO FILE RESPONSIVE PLEADING; PROPOSED ORDER** |
| **v.** | |
| **FLORES, et al.,** | Action Filed:  August 25, 2025 |
| Defendants. | |

1

**STIPULATION**

The parties stipulate under Local rule 143 that Defendants Champieux, Neves, Lilly, Nguyen, Folorunso, McQueen, and Yang waive personal service of the summons and First Amended Complaint in this case, effective on the date this stipulation is approved by the Court. The parties further stipulate that Defendants Champieux, Neves, Lilly, Nguyen, Folorunso, McQueen, and Yang shall file a responsive pleading no later than twenty-eight days after the date this stipulation is filed. In the event that Defendants file a motion to dismiss, the parties further stipulate that Plaintiffs' opposition to the motion to dismiss shall be filed three weeks after the motion to dismiss is filed, and the Parties shall agree on a mutually convenient hearing date.

Dated: _____6/3/2026_____          LAW OFFICES OF DALE K. GALIPO


                                          _/s/ Renee Masongsong_____
                                          (as authorized on 6/3/2026)
                                          DALE K. GALIPO
                                          RENEE MASONGSONG
                                          *Attorneys for Plaintiffs*


Dated: _____6/3/2026_____          ROB BONTA
                                          Attorney General of California
                                          JON S. ALLIN
                                          Supervising Deputy Attorney General


                                          _/s/ David Kuchinsky_____
                                          DAVID E. KUCHINSKY
                                          Deputy Attorney General
                                          *Attorneys for Defendants*
                                          *D. Champieux, J. Neves, C. Lilly,*
                                          *A. Nguyen, O. Folorunso,*
                                          *D. McQueen, and R. Yang*

**IT IS SO ORDERED.**

Dated: _____          _____
                                       Hon. Carolyn K. Delaney
                                       United States Magistrate Judge

SA2026302549/95717709.docx

2

# CERTIFICATE OF SERVICE

Case Name:  **Jasso, Yadira Berenice v.**          No.   **2:25-cv-02435-DJC-CKD**
 **Flores, et al.**

I hereby certify that on June 3, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO WAIVE SERVICE AND SET DEADLINE TO FILE RESPONSIVE PLEADING; PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 3, 2026, at Fresno, California.


| J. Vinton | */s/ J. Vinton* |
|:---:|:---:|
| Declarant | Signature |

SA2026302549
95717711.docx