AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| YADIRA BERENICE JASSO, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.　2:25-cv-2435 DJC CKD |
| JOSE G. FLORES | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Yadira Jasso, Javier Jasso, Donna Jasso, and A.J., by and through her GAL Priscilla Rendon　　.

Date:　　06/04/2026

*/s/  Renee V. Masongsong*
*Attorney's signature*

Renee V. Masongsong, (SBN 281819)
*Printed name and bar number*

LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

*Address*

rvalentine@galipolaw.com
*E-mail address*

(818) 347-3333
*Telephone number*

(818) 347-4118
*FAX number*