ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7666
  Fax: (916) 324-5205
  E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants D. Champieux,
J. Neves, C. Lilly, A. Nguyen, O. Folorunso,
D. McQueen, and R. Yang*

LAW OFFICES OF EUGENE B. CHITTOCK
Eugene B. Chittock, State Bar No. 214532
2930 Riverside Drive
Susanville, CA 96130
Telephone: (530) 257-9351
echittock@chittocklaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. State Bar No. 144074
dalekgalipo@yahoo.com
Renee Masongsong, State Bar No. 281819
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for All Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **YADIRA BERENICE JASSO, et al.,** | 2:25-cv-02435-DJC-CKD |
| Plaintiffs, | **STIPULATION TO WAIVE SERVICE AND SET DEADLINE TO FILE RESPONSIVE PLEADING; ORDER** |
| **v.** | |
| | Action Filed: August 25, 2025 |
| **FLORES, et al.,** | |
| Defendants. | |

1

**STIPULATION**

The parties stipulate under Local rule 143 that Defendants Champieux, Neves, Lilly, Nguyen, Folorunso, McQueen, and Yang waive personal service of the summons and First Amended Complaint in this case, effective on the date this stipulation is approved by the Court. The parties further stipulate that Defendants Champieux, Neves, Lilly, Nguyen, Folorunso, McQueen, and Yang shall file a responsive pleading no later than twenty-eight days after the date this stipulation is filed. In the event that Defendants file a motion to dismiss, the parties further stipulate that Plaintiffs' opposition to the motion to dismiss shall be filed three weeks after the motion to dismiss is filed, and the Parties shall agree on a mutually convenient hearing date.

Dated: _____6/3/2026_____        LAW OFFICES OF DALE K. GALIPO


                                         _/s/ Renee Masongsong_____
                                         (as authorized on 6/3/2026)
                                         DALE K. GALIPO
                                         RENEE MASONGSONG
                                         *Attorneys for Plaintiffs*


Dated: _____6/3/2026_____        ROB BONTA
                                         Attorney General of California
                                         JON S. ALLIN
                                         Supervising Deputy Attorney General



                                         _/s/ David Kuchinsky_____
                                         DAVID E. KUCHINSKY
                                         Deputy Attorney General
                                         *Attorneys for Defendants*
                                         *D. Champieux, J. Neves, C. Lilly,*
                                         *A. Nguyen, O. Folorunso,*
                                         *D. McQueen, and R. Yang*

**IT IS SO ORDERED.**

Dated: June 4, 2026          /s/ Daniel J. Calabretta
                             _____
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE

Stip. Waiver and Deadline for Resp. Plead.  (2:25-cv-02435-DJC-CKD)